**Order entered April 30, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00440-CV

### IN THE INTEREST OF S.G.G.

**On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-54349-2014**

## ORDER

We **GRANT** appellant's April 20, 2015 motion for an extension of time to pay the required $195 filing fee and file a docketing statement. Appellant shall pay the filing fee and file a docketing statement by **MAY 20, 2015**.

/s/      ELIZABETH LANG-MIERS
            JUSTICE